UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ARTISAN/AMERICAN CORP., *et al*, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-07-033 |
| | § | |
| CITY OF ALVIN, TEXAS, *et al*, | § | |
| | § | |
| Defendant. | § | |

**ORDER FOR MOTION HEARING**

A hearing regarding Plaintiff's Emergency Motion for leave to File Second Amended Complaint and Application for Affirmative Injunctive Relief (and any other matters the Court deems relevant) is now set for before Judge Samuel B. Kent:

**FEBRUARY 7, 2007  at 12:00 P.M.**

**PLEASE NOTE LOCATION**

Sixth Floor Courtroom
601 Rosenberg
U. S. Post Office Building
**Galveston**, Texas  77550

To insure full notice, each party who receives this notice shall contact all other counsel of record and/or any pro se litigants, to insure receipt of notice, and as regards any counsel or pro se litigant claiming non-receipt, the contacting attorney shall forward a copy of it to said counsel or party.  A party who receives this notice and who fails to notify all other counsel or pro se litigants immediately will be subject to sanctions.  **Copy of counsel's letter of transmittal of notice to other counsel or pro se litigants need <u>not</u> be copied to the Court or Clerk's office.**

Each party shall appear by the attorney of record, or <u>with</u> the <u>Case</u> <u>Manager's</u> permission, by an attorney with full knowledge of the case and authority to bind the client.  Failure to so attend will result in sanctions.  Attorneys are required to be punctual.  **APPEARING LATE WILL RESULT IN SANCTIONS.**

The **COURT** will decide all pending motions and inquire about expected motions.
SIGNED this 2nd day of February, 2007.

_____
Samuel B. Kent
United States District Judge

SIGNED this 2nd day of February, 2007.

Samuel B. Kent
United States District Judge